# IN THE UNITED STATES FEDERAL DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| USA | ) | |
| --- | --- | --- |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case NO.: 4:23-cr-00164-DGK |
| | ) | |
| JERRY H. STAMPS | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF ATTORNEY WITHDRAWAL

**COMES NOW**, Mark Q. Moore and notifies this court that he must withdrawal from this case due to a suspension of his bar license. Plaintiff has been advised that he must seek different counsel.

By  */s/ Mark Q. Moore*
   Mark Q. Moore
   **THE LAW OFFICES OF MARK Q. MOORE, LLC**
   Mo. Bar No.: 69622
   400 Chesterfield Center Suite 400
   Chesterfield, MO 63017
   St. Louis: (636) 537-7728
   Kansas City: (816) 457-4515
   F: (636) 534-0333
   mark@getmoorelaw.com
   ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered in due course through the Missouri Court's e-filing system to opposing counsel.

/s/Mark Q. Moore